■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TYRONE THORNTON, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered February 29, 1968, convicting him of grand larceny in the first degree and two counts of burglary in the third degree, upon a jury verdict, and imposing concurrent sentences of 2½ to 5 years on each count. Judgment affirmed. While there may have been technical error with respect to testimony at the trial concerning a brief, minor admission by defendant which was not adduced at the pretrial *Huntley* hearing on the admissibility of his full oral and written confession, we find, beyond a reasonable doubt, that the error was not materially prejudicial and could not have affected the result (Code Crim. Pro., § 542; cf. *Chapman* v. *California*, 386 U. S. 18, 23–24; *Frazier* v. *Cupp* —— U. S. ——; *People* v. *Padgett*, 32 A D 2d 672). Christ, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.